1  MELINDA HAAG (CABN 132612)
United States Attorney
2
DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  KELSEY C. LINNETT (CABN 274547)
Assistant United States Attorney
5      1301 Clay Street, Suite 340-S
Oakland, California 94612
6      Telephone: (510) 637-3932
Facsimile:  (510) 637-3724
7      E-mail:    kelsey.linnett2@usdoj.gov

8  Attorneys for the United States of America

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                         OAKLAND DIVISION

13  UNITED STATES OF AMERICA,          )   NO. CR 15-00373 YGR
                                       )
14        Plaintiff,                   )   **ORDER OF DETENTION**
                                       )
15     v.                              )
                                       )
16  BARBARA JOAN LOPP,                 )
                                       )
17        Defendant.                   )
                                       )
18  _____   )

19

20        The parties appeared before the Honorable Kandis A. Westmore on July 16, 2015 for a detention

21  hearing.  Defendant Barbara Joan Lopp was present and represented by Ethan A. Balogh.  The United

22  States was represented by Special Assistant United States Attorney Kelsey Linnett.  The United States

23  requested that defendant be detained pending trial because defendant is a serious flight risk and because

24  no condition or combination of conditions of release would reasonably assure defendant's appearance

25  and the safety of the community.  Pretrial Services recommended that defendant be detained.  Upon

26  consideration of the parties' proffers, the court file, and the Pretrial Services Report, the Court finds that

27  the government has shown by clear and convincing evidence that the defendant is a serious flight risk

28  and that no condition or combination of conditions of release would reasonable assure Defendant's

[PROPOSED] DETENTION ORDER
CR 15-00373 YGR

1   appearance and the safety of the community.  *See* 18 U.S.C. §§ 3142(e) and (f).  The Court therefore

2   orders the defendant detained.

3   　　　　The Bail Reform Act of 1984, Title 18, United States Code, Sections 3141-50, sets forth the

4   factors which the Court considers in determining whether detention is warranted.  In coming to its

5   decision, the Court has considered:  (1) the nature and circumstances of the offense charged; (2) the

6   weight of the evidence against the person; (3) the history and characteristics of the person including,

7   among other considerations, employment, past conduct and criminal history, and whether at the time of

8   the current offense or arrest the person was on probation; and (4) the nature and seriousness of the

9   danger to any person or the community that would be posed by the person's release.  18 U.S.C.

10  § 3142(g).

11  　　　　In considering all of these facts and proffers presented at the hearing, the Court finds that

12  defendant is a serious flight risk and that no condition or combination of conditions of release would

13  reasonably assure defendant's appearance and the safety of the community because: (1) defendant has a

14  criminal history involving fraud; (2) defendant was on probation at the time of the alleged offense; (3)

15  defendant is charged with a bank fraud conspiracy involving the use of fake IDs and fraudulent credit

16  cards; (4) defendant was arrested in Iowa where she has been held in custody since February 2015[1] for

17  bank fraud and disposed of evidence by stuffing her fake ID and fraudulent credit cards in the car door

18  frame; (5) defendant has an active warrant out of Texas and a full extradition warrant out of Florida; and

19  (6) defendant failed to identify any sureties or real property sufficient to reasonably assure her

20  appearance and the safety of the community.

21  　　　　IT IS HEREBY ORDERED THAT, accordingly, pursuant to Title 18, United States Code,

22  Section 3142:

23  　　　　(1) the defendant is committed to the custody of the Attorney General for confinement in a

24  corrections facility;

25  　　　　(2) the defendant be afforded reasonable opportunity for private consultation with counsel;

26  　　　　(3) on Order of a court of the United States or on request of any attorney for the government, the

27

28  　　　[1] Defendant appeared before the undersigned pursuant to a writ and was taken back to Iowa after
her appearance in this matter.

[PROPOSED] DETENTION ORDER
CR 15-00373 YGR

2

1   person in charge of the corrections facility in which the defendant is confined shall deliver the defendant

2   to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a

3   court proceeding.

4          IT IS SO ORDERED.

5

6   DATED: July 27, 2015

HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge

[PROPOSED] DETENTION ORDER
CR 15-00373 YGR

3