SHAFFY MOEEL, ESQ.
Cal State SBN 238732
MOEEL LAW OFFICE
214 Duboce Ave.
San Francisco, CA 94103
Telephone:  (415) 735-5021
Facsimile:   (415) 255-8631
Email:          shaffymoeel@gmail.com

Attorney for Defendant
MICHAEL LEE THOMAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL LEE THOMAS<br>BARBARA JOAN LOPP,<br><br>        Defendants. | CASE NO. CR 15-0373 YGR<br><br>**STIPULATON MOVING SEPTEMBER 10, 2015 STATUS HEARING TO SEPTEMBER 17, 2015**   AND ORDER |

    IT IS HEREBY STIPULATED by and between plaintiff United States of America, through counsel, KELSEY LINNETT and defendant MICHAEL LEE THOMAS through counsel, SHAFFY MOEEL, and defendant BARBARA JOAN LOPP through counsel, ETHAN A. BALOGH, that the September 10, 2015 status hearing scheduled for 2:00 p.m., be rescheduled for September 17, 2015 at 2:00 p.m.

    Counsel request to move the date for the status hearing because Ms. Moeel will not be

-1-
**STIPULATION MOVING DATE FOR HEARING**
**NO. 15-0373 YGR**

1  able to attend the September 10, 2015 status hearing.  At the last status hearing, Ms. Moeel failed

2  to note that she was set to be out of the state from September 9, 2015 until September 13, 2015.

3       A proposed Order is attached.

**IT IS SO STIPULATED.**

Dated:  September 9, 2015　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　MELINDA HAAG
　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　By: /s/ *Kelsey Linnett*
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　KELSEY LINNETT
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

　　　　　　　　　　　　　　　　　　　　　By: /s/ *Shaffy Moeel*
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　SHAFFY MOEEL
　　　　　　　　　　　　　　　　　　　　　Attorney for Mr. Michael Lee Thomas

　　　　　　　　　　　　　　　　　　　　　By: /s/ *Ethan A. Balogh*
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　ETHAN A. BALOGH
　　　　　　　　　　　　　　　　　　　　　Attorney for Ms. Barbara Joan Lopp

1  SHAFFY MOEEL, ESQ.
   Cal State SBN 238732
2  MOEEL LAW OFFICE
3  214 Duboce Ave.
   San Francisco, CA 94103
4  Telephone: (415) 735-5021
5  Facsimile:  (415) 255-8631
   Email:      shaffymoeel@gmail.com
6
   Attorney for Defendant
7  MICHAEL THOMAS

8                         UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10                              OAKLAND DIVISION

11

12
   UNITED STATES OF AMERICA,           CASE NO. CR 15-0373 YGR
13
          Plaintiff,
14
       v.                              [~~PROPOSED~~] ORDER MOVING
15                                     SEPTEMBER 10, 2015 ~~SENTENCING~~ STATUS
   MICHAEL LEE THOMAS                  HEARING TO ~~OCTOBER 6, 2015~~
16 BARBARA JOAN LOPP,                           SEPTEMBER 17, 2015

17        Defendants.

18

19

20                                     Before the Honorable Yvonne Gonzalez Rogers
                                       United States District Judge
21

22

23

24

25

26

27

28

                                       -1-
                                  NO. 15-0373 YGR

1 **[PROPOSED] ORDER**

2   Good cause having been shown, the September 10, 2015 status hearing scheduled for 2:00

3 o.m. shall be rescheduled for September 17, 2015 at 2:00 p.m.

4   IT IS SO ORDERED.

6 Dated: September 9, 2015

7 _____
   THE HON. YVONNE GONZALEZ ROGERS
8    UNITED STATES DISTRICT JUDGE