1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  JEANE HAMILTON (CABN 157834)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, CA 94612
       Telephone: (510) 788-3496
7      Fax: (510) 637-3724
       E-Mail: jeane.hamilton2@usdoj.gov
8
   Attorneys for the United States of America
9

10                         UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                                OAKLAND DIVISION

13
   UNITED STATES OF AMERICA,              ) CASE NO. CR 15-0373 YGR
14                                        )
          Plaintiff,                      ) **STIPULATION AND [PROPOSED] ORDER TO**
15                                        ) **CHANGE DATE OF APPEARANCE AND**
       v.                                 ) **EXCLUDE TIME**
16                                        )
   BARBARA JOAN LOPP and                  )
17 MICHAEL THOMAS,                        )
                                          )
18        Defendants.                     )
                                          )
19
       On May 10, 2016, this Court granted the defendant's Motion to Suppress Certain Evidence. The
20
   United States filed its Offer of Proof on July 28, 2016. Defendant Lopp filed her Response to the United
21
   States' Offer of Proof on August 18, 2016. The United States' responded on September 1, 2016. The
22
   parties are scheduled to appear before this Court on September 14, 2016 at 9 a.m. Because the United
23
   States is engaged in detailed plea negotiations with both Defendant Lopp and Defendant Thomas, and
24
   the parties believe they are close to a resolution, they now request the following:
25
       1.     The Parties' appearance on September 14, 2016 be VACATED;
26
       2.     The Parties' appear on October 15, 2016 at 2 p.m., at which time we hope to present two
27
28
   STIP AND PROPOSED
   CR 15-0373 YGR                                   1

change of pleas; and

3. Time be excluded from calculations of the Speedy Trial Act under 18 U.S.C. § 3161(h)(1)(D). A motion is still pending before the Court. Moreover, the parties require this time for effective preparation, taking into account the exercise of due diligence. The ends of justice served by continuing this matter outweighs the public's interest and the defendants' in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), 3161(h)(7)(B)(iv).

IT IS SO STIPULATED.

DATED: September 8, 2016

/s/
ETHAN BALOGH
Counsel for Barbara Lopp

DATED: September 8, 2016

/s/
SHAFFY MOEEL
Counsel for Michael Thomas

DATED: September 8, 2016

/s/
JEANE HAMILTON
Special Assistant United States Attorney

IT IS SO ORDERED.

DATED: September 9, 2016

YVONNE GONZALEZ ROGERS
United States District Judge

STIP AND PROPOSED
CR 15-0373 YGR                              2